

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

FAGAN DICKSON
FIRST ASSISTANT

August 23, 1948

Hon. A. F. Mitchell, Chairman
Board of Registration for
Professional Engineers
Austin, Texas

Opinion No. V-666

Re: The legality of paying
salaries from an appro-
priation to establish a
library for registered
professional engineers.

Dear Sir:

Your request for an opinion contained the fol-
lowing:

"The appropriation for the State Board
of Registration for Professional Engineers
for the Biennium 1948-49 included the fol-
lowing:

"'The State Board of Registration for
Professional Engineers, having elected to
establish a library for registered profes-
sional engineers of Texas as authorized by
Chapter 571 of the Acts of the 47th Legis-
lature, Regular Session, and having allocat-
ed the $60,000 authorized by the above men-
tioned Act of the Legislature for this pur-
pose, and having expended only approximately
$35,000 for this purpose during the biennium
for which the authorization was made, is here-
by authorized to make additional expenditures
in such amounts as will bring the total of
monies so expended during the biennium 1941-
43 and during the biennium 1947-49 to a sum
not to exceed $60,000. No part of this fund
shall be expended for buildings.'

"This is carried as Appropriation No.
Y-157. The Board has elected to carry out
the provisions set out in the above quoted
paragraph. The purchase of books entails a

large amount of specialized bookkeeping and
other clerical work. The regular appropria-
tions for the administration of the Engineer-
ing Registration Act are not sufficient to
provide for this extra work.

"Specifically, we ask for authorization
to secure additional assistance for the nec-
essary bookkeeping and clerical work and to
pay for such assistance from appropriation No.
Y-157 for the Engineers' Library."

The following provision is also included in
the appropriation for the Board of Registration for Pro-
fessional Engineers:

"13.    Contingent Expense, Surety Bonds, Mem-
        berships, Special or Emergency Assist-
        ance                          $ 3,000.00."
Senate Bill 391, General and Special Laws of
Texas, 50th Legislature, page 901.

Whether any part of the appropriation made for
the library can be used for the payment of expenses for
the purpose mentioned in your request depends upon the
intention of the Legislature as manifested in the appro-
priations made for the Board. We are of the opinion that
the Legislature did not intend that any part of the li-
brary appropriations be used for the payment of such ex-
penses and that such payments can not be made. Our con-
clusion is based, in part, upon the fact that an appro-
priation has been made expressly authorizing payment for
the type of assistance mentioned in your request. Item
13 of the appropriation for the Board provides, among
other things, for "Special Assistance" and we believe
that the money appropriated therein can be used for the
purpose of paying for extra clerical and bookkeeping as-
sistance made necessary by the purchase of books for the
engineers' library.

Pertinent to the question being considered is
Subsection "f" of Section 14 of the General Provisions
attached to the Appropriation Bill for State Depart-
ments and Agencies. Said subsection provides that:

"None of the funds hereinabove appro-
priated for 'Contingent expenses' or 'Main-
tenance and Miscellaneous' shall be used for
the payment of any salaries unless specifi-

Hon. A. F. Mitchell, page 3 (V-666)

cally authorized to be paid in the itemiza-
tion under the Contingent, Maintenance and
Miscellaneous items hereinabove set out and
designated therein as 'salaries', 'extra
help' or 'seasonal labor'." Senate Bill
391, General and Special Laws of Texas, 50th
Legislature, page 938.

The provisions of the above quoted Subsection
do not prohibit the use of the funds appropriated in
item 13 of the appropriation for the Board for a pur-
pose such as the one here under consideration. Item 13
goes beyond an appropriation for contingent or mainte-
nance and miscellaneous expenses. $3000.00 is appropria-
ted therein for "Contingent Expense, Surety Bonds, Mem-
berships, Special or Emergency Assistance." (Emphasis
added). We believe that work of the type specified by
you would be in the nature of Special Assistance. It
is our opinion, therefore, that the Board may make pro-
vision for such bookkeeping and clerical assistance as
is necessary in the purchasing of books for the engineers'
library and although it cannot pay for same out of the
appropriation for the library, it may make expenditures
of the appropriation in Item 13 for any amounts neces-
sary to pay for such assistance.

## SUMMARY

The Board of Registration for Profes-
sional Engineers may make provision for
such bookkeeping and clerical assistance as
is necessary in the purchasing of books for
an engineers' library authorized by the Leg-
islature. The Board may not use any part of
the library appropriation to pay for this
extra help but may make expenditures of an
item in the appropriation for the Board which
provides, among other things, for "Special
Assistance" for any amounts necessary to pay
for such assistance.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By Clyde B. Kennelly
Assistant

APPROVED:

Fagan Dickson
FIRST ASSISTANT
ATTORNEY GENERAL
CBK:mw